**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 02-7666**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

WILLIE BAILEY, JR.,

Defendant - Appellant.

———————————

Appeal from the United States District Court for the Middle District of North Carolina, at Durham. William L. Osteen, District Judge. (CR-99-55, CR-99-97, CA-01-1037-1)

———————————

Submitted: December 19, 2002      Decided: January 7, 2003

———————————

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Willie Bailey, Jr., Appellant Pro Se. Lawrence Patrick Auld, OFFICE OF THE UNITED STATES ATTORNEY, Greensboro, North Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Willie Bailey, Jr., seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and conclude on the reasoning of the district court that Bailey has not made a substantial showing of the denial of a constitutional right. See United States v. Bailey, Nos. CR-99-55; CR-99-97; CA-01-1037-1 (M.D.N.C. filed Aug. 30, 2002 & entered Sept. 3, 2002). Accordingly, we deny Bailey's motion for a certificate of appealability and dismiss the appeal. See 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED